In the Matter of the Application of SMITH T. FOWLER, as County Clerk of Onondaga County, for Leave to Destroy Certain Useless Papers.— Application granted, permitting the destruction of chattel mortgages, bills of sale and conditional sales contracts, bearing date from 1835 to 1900, where such papers have

not been kept alive by filing yearly renewals. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.